# Court of Appeals
# of the State of Georgia

ATLANTA, May 02, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1478.  RODERICK HARVEY v. THE STATE.**

The trial court revoked the balance of Roderick Harvey's probation for commission of a new felony offense.  Harvey's counsel filed a motion for new trial, which the trial court denied.  Harvey filed a notice of appeal from the trial court's order.  We, however, lack jurisdiction.

An application for discretionary appeal is required to appeal a probation revocation case.  OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757 (513 SE2d 287) (1999); *Wells v. State*, 236 Ga. App. 607, 608 (512 SE2d 711) (1999) (denial of motion for new trial in a probation revocation case does not change the obligation to follow discretionary appeal procedures).  Harvey's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal.  Accordingly, Harvey's appeal is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*